**Motion Granted, Appeal Reinstated, Appeal Dismissed, and Memorandum Opinion filed April 30, 2024.**



In The

# Fourteenth Court of Appeals

## NO. 14-23-00639-CV

## USS CHARTERING LLC; USS ATB 2 LLC; USS TRANSPORT LLC; USS VESSEL MANAGEMENT LLC; U.S. SHIPPING CORP.; AND USS JV MANAGER INC., Appellants

## V.

## CHRISTOPHER VOLG, Appellee

**On Appeal from the 129th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-60126**

## MEMORANDUM OPINION

This appeal is from an order signed August 15, 2023 overruling appellants' special appearances. *See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014(a)(7). On April 23, 2024, appellants filed an unopposed motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a). The motion is granted.

We reinstate and dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Zimmerer and Wilson.